IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL DOCKET NO 2:15-cr-00570 |
| | : | |
| STEPHEN JEMAL | : | |

ENTRY OF APPEARANCE

Please enter my appearance for Stephen Jemal in the above-captioned case.

/s/ Jack McMahon                                         December 7, 2017
Attorney for Defendant                                    Date

**ATTORNEY INFORMATION**

Jack McMahon, Esquire
Law Office of Jack McMahon
139 North Croskey Street
Philadelphia, PA 19103

215-985-4443 (Office)
215-985-4416 (Facsimile)
mcmahonlaw@hotmail.com

Attorney I.D. No. 26798

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on this date a copy of the foregoing Entry of Appearance was electronically served by the Court's electronic case filing system upon the following:

Joel D. Goldstein, AUSA
Office of the United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

Brian J. McMonagle
McMonagle, Perri, McHugh & Mischak
1845 Walnut Street, 19th Floor
Philadelphia, PA 19103


Date:  December 7, 2017           /s/ Jack McMahon
                       Jack McMahon