IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| STEPHEN JEMAL | : | NO. 15-570 |

## ORDER

**AND NOW**, this 8th day of April, 2020, upon consideration of Defendant Stephen Jemal's Amended Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) (Docket No. 85) and all documents filed in connection therewith, after a conference call with the parties on April 3, 2020, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Our ruling on the Amended Motion is **DEFERRED** until the end of the day of April 12, 2020 or until the Bureau of Prisons acts upon Defendant's administrative request for compassionate release, whichever occurs first.

2. Defendant's original Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) (Docket No. 84) is **DISMISSED AS MOOT**, as it was replaced by the Defendant's Amended Motion.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.